UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Orlando Taylor,

       Plaintiff,

v.

Nancy Berryhill, Commissioner of Social Security,

       Defendant.
_____/

CASE NUMBER: 18-13180
HONORABLE VICTORIA A. ROBERTS
MAGISTRATE JUDGE WHALEN

## ORDER ADOPTING REPORT AND RECOMMENDATION

On September 23, 2019, Magistrate Judge Whalen issued a Report and Recommendation [Doc. 14], recommending that Defendant's Motion for Summary Judgement be [Doc. 13] be **GRANTED** and Plaintiff's Motion for Summary Judgment [Doc. 12] **DENIED**. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts the Report and Recommendation.

Defendant's motion is **GRANTED**. Judgment will enter in favor of Defendant.

**IT IS ORDERED**.

           s/ Victoria A. Roberts
           Victoria A. Roberts
           United States District Judge

Dated: October 11, 2019